Rose Fishman et al., Appellants, *v.* Brooklyn Jewish Center, Inc., Respondent.

(Submitted January 22, 1934; decided January 23, 1934.)

*John G. Reilly* for motion.

*J. Emanuel Ankus* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.